This is an appeal from an order revoking such probation.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requesting that the same be dismissed.

The request is accordingly granted, and the appeal is dismissed.

PER CURIAM.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Emanuel FLORES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28497.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

Cleo MOSLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28463.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.